# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

KIMBERLY EMERY                                               PLAINTIFF

V.                          NO. 4:09CV00879 JTR

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                 DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in

favor of Defendant, dismissing this case, with prejudice.

DATED this 28th  day of January, 2011.


_____
UNITED STATES MAGISTRATE JUDGE